# United States District Court

FOR THE **FILED**

## NORTHERN DISTRICT OF CALIFORNIA
### CRIMINAL DIVISION 10 PH 1:20

## CR 07 0428    MMC

VENUE: SAN FRANCISCO

### UNITED STATES OF AMERICA,

**V.**

CARMAN CHAN and PAUL LEUNG

*E-Filing*

DEFENDANT.

---

# INDICTMENT

Title 8, United States Code, Section 1324 (a)(1)(A)(iii) -
Alien Harboring; Title 8, United States Code, Section
1324 (a)(1)(A)(v)(I) - Conspiracy to Commit Alien
Harboring; Title 18 United States Code, Section 1001
(a)(2) - Making a False Statement to a Federal Agent
(two counts)

---

A true bill.

_Foreman_

Filed in open court this __10th__ day of
__July__ __2007__

_Clerk_

Bail, $ __No Process__

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

07 JUL 10 PM 1: 20

### OFFENSE CHARGED

Ct 1: 8 U.S.C. § 1324(a)(1)(A)(iii)
- Alien Harboring; Ct 2: 8 U.S.C. §
1324(a)(1)(A)(v)(I) - Conspiracy
to Commit Alien Harboring; Ct 4:
18 U.S.C. § 1001(a)(2)

☐ Petty
☐ Minor
☐ Misde-
  meanor
☑ Felony

PENALTY:

See attached penalty sheet.

E-Filing

DEFENDANT - U.S.
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

► PAUL LEUNG

**DISTRICT COURT NUMBER**

CR 07 0428

MMC

### PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)
ICE - SA Brian Ginn / FBI - SA Siddhartha Patel

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40.  Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:                          **SHOW**
☐ U.S. Att'y ☐ Defense    **DOCKET NO.**

☐ this prosecution relates to a
pending case involving this same
defendant                          **MAGISTRATE**
☐ prior proceedings or appearance(s)    **CASE NO.**
before U.S. Magistrate regarding
this defendant were recorded under

Name and Office of Person
Furnishing Information on    **SCOTT N. SCHOOLS**
THIS FORM
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    Denise Marie Barton

### DEFENDANT

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons
was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other    } ☐ Fed'l ☐ State
    charges
If answer to (6) is "Yes", show name of institution

Has detainer     ☐ Yes    If "Yes"
been filed?      ☐ No     } give date
                          filed

**DATE OF**    Month/Day/Year
**ARREST**

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED** ►    Month/Day/Year
**TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons
Defendant Address:                     or warrant needed, since Magistrate has scheduled arraignment
7

Date/Time:

Before Judge:

Comments:

Penalty Sheet

Defendant: Paul Leung

Count 1: Alien Harboring, 8 U.S.C. § 1324(a)(1)(A)(iii)

Maximum Penalties: Class D Felony, imprisonment not more than 5 years, maximum of 3 years supervised release; $100 special assessment.

Count 2: Conspiracy to Commit Alien Harboring, 8 U.S.C. § 1324(a)(1)(v)(I)

Maximum Penalties: Class C Felony, imprisonment not more than 10 years, maximum of 3 years supervised release; $100 special assessment.

Count 4: Making a False Statement to a Federal Agent, 18 U.S.C. § 1001(a)(2)

Maximum Penalties: Class D Felony, imprisonment not more than 5 years, maximum of 3 years supervised release; $100 special assessment.

AO 257 (Rev. 6/78)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

┌─ **OFFENSE CHARGED** ─────────────

Ct 1: 8 U.S.C. § 1324(a)(1)(A)(iii)
- Alien Harboring; Ct 2: 8 U.S.C. §     ☐ Petty
1324(a)(1)(A)(v)(I) - Conspiracy          ☐ Minor
to Commit Alien Harboring; Ct 3:          ☐ Misde-
18 U.S.C. § 1001(a)(2)                         meanor
                                                    ☑ Felony

PENALTY:
See attached penalty sheet. **E-Filing**

┌─ **PROCEEDING** ─────────────
Name of Complainant Agency, or Person (&Title, if any)
ICE - SA Brian Ginn / FBI - SA Siddhartha Patel

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on              **SHOW**
motion of:                                  **DOCKET NO.**
  ☐ U.S. Att'y ☐ Defense
☐ this prosecution relates to a
pending case involving this same
defendant                                **MAGISTRATE**
☐ prior proceedings or appearance(s)   **CASE NO.**
before U.S. Magistrate regarding
this defendant were recorded under

Name and Office of Person
Furnishing Information on
THIS FORM        **SCOTT N. SCHOOLS**
          ☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)      Denise Marie Barton

─────────────────────

**F I L E D**
┌─ Name of District Court, and/or Judge/Magistrate Location ─
│         NORTHERN DISTRICT OF CALIFORNIA
07 JUL 10  PH 1: 20

┌─ **DEFENDANT** - U.S. ──────
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DIST. OF CALIFORNIA
► **CARMAN CHAN**

**DISTRICT COURT NUMBER**

**CR   07    0428    MMC**

─── **DEFENDANT** ───

**IS NOT IN CUSTODY**
  Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons
     was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other  } ☐ Fed'l ☐ State
       charges
     If answer to (6) is "Yes", show name of Institution

Has detainer    ☐ Yes   If "Yes"
been filed?       ☐ No   give date
                                 filed

**DATE OF**        Month/Day/Year
**ARREST**

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED** ►   Month/Day/Year
**TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

─ **ADDITIONAL INFORMATION OR COMMENTS** ─

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance   *Where defendant previously apprehended on complaint, no new summons
Defendant Address:                              or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

## Penalty Sheet

<u>Defendant</u>: Carman Chan

<u>Count 1</u>: Alien Harboring, 8 U.S.C. § 1324(a)(1)(A)(iii)

    Maximum Penalties: Class D Felony, imprisonment not more than 5 years, maximum of 3 years supervised release; $100 special assessment.

<u>Count 2</u>: Conspiracy to Commit Alien Harboring, 8 U.S.C. § 1324(a)(1)(v)(I)

    Maximum Penalties: Class C Felony, imprisonment not more than 10 years, maximum of 3 years supervised release; $100 special assessment.

<u>Count 3</u>: Making a False Statement to a Federal Agent, 18 U.S.C. § 1001(a)(2)

    Maximum Penalties: Class D Felony, imprisonment not more than 5 years, maximum of 3 years supervised release; $100 special assessment.

1  SCOTT N. SCHOOLS (SCBN 9990)
2  United States Attorney



3

4

5  E-Filing

6

7

8                  UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11          **CR   07   0428 MMC**

12  UNITED STATES OF AMERICA,          )     No. CR
                                       )
13          Plaintiff,                 )     VIOLATIONS: Title 8, United States Code,
                                       )     Section 1324(a)(1)(A)(iii) – Alien
14  v.                                 )     Harboring; Title 8, United States Code,
                                       )     Section 1324(a)(1)(A)(v)(I) – Conspiracy to
15  CARMAN CHAN, and                   )     Commit Alien Harboring; Title 18 United
    PAUL LEUNG,                        )     States Code, Section 1001(a)(2) – Making a
16                                     )     False Statement to a Federal Agent (two
          Defendants.                  )     counts)
17  _____)
                                             SAN FRANCISCO VENUE
18

19                         INDICTMENT

20  The Grand Jury charges:

21  COUNT ONE:        8 U.S.C. § 1324(a)(1)(A)(iii) – Alien Harboring

22          Beginning on or about January 9, 2003 and continuing until on or about April 7, 2006, in

23  the Northern District of California, the defendants,

24                           CARMAN CHAN,
                                 and
25                           PAUL LEUNG,

26  did knowingly and intentionally conceal, harbor, and shield from detection an alien, namely,

27  Indarwati Midjan, at 5816 Buena Vista Avenue, Oakland; at 673 Freesia Drive, South San

28  Francisco; and at 1820 Forest View Drive, Hillsborough, knowing or in reckless disregard of the

1   fact that the alien had remained in the United States; all in violation of law in violation of Title 8,

2   United States Code, Section 1324(a)(1)(A)(iii).

3   COUNT TWO:      8 U.S.C. § 1324(a)(1)(A)(v)(I)  – Conspiracy to Commit Alien Harboring

4       Beginning on or about January 9, 2003 and continuing until on or about April 7, 2006, in

5   the Northern District of California, the defendants,

6   CARMAN CHAN,<br>and

7   PAUL LEUNG,

8   did knowingly and intentionally conspire to conceal, harbor, and shield from detection an alien,

9   namely Indarwati Midjan, knowing or in reckless disregard of the fact that the alien had remained

10  in the United States in violation of law; all in violation of Title 8, United States Code, Sections

11  1324(a)(1)(A)(v)(I) and 1324(a)(1)(A)(iii).

12  COUNT THREE:      18 U.S.C. § Section 1001(a)(2) – Making a False Statement to a Federal

13        Agent

14      On or about February 8, 2007, in the Northern District of California, in a matter within

15  the jurisdiction of the Department of Homeland Security, Immigration and Customs Enforcement

16  and the Federal Bureau of Investigation, both agencies of the United States, the defendant,

17  CARMAN CHAN,

18  did knowingly and willfully make a materially false, fraudulent, and fictitious statement and

19  representation to a federal agent, to wit, that Indarwati Midjan only worked with the defendants

20  CARMAN CHAN and PAUL LEUNG at their residence in Oakland, California and that

21  Indarwati Midjan had never been to CARMAN CHAN's and PAUL LEUNG's residence at 1820

22  Forest View Drive, Hillsborough, California; all in violation of Title 18, United States Code,

23  Section 1001(a)(2).

24  //

25  //

26  //

27  //

28  //

2

1    COUNT FOUR:        18 U.S.C. § Section 1001(a)(2) – Making a False Statement to a Federal

2                                      Agent

3            On or about February 8, 2007, in the Northern District of California, in a matter within

4    the jurisdiction of the Department of Homeland Security, Immigration and Customs Enforcement

5    and the Federal Bureau of Investigation, both agencies of the United States, the defendant,

6                                      PAUL LEUNG,

7    did knowingly and willfully make a materially false, fraudulent, and fictitious statement and

8    representation to a federal agent, to wit, that is that Indarwati Midjan only stayed with the

9    defendants PAUL LEUNG and CARMAN CHAN periodically in Oakland, California and that

10   Midjan had her own home in a location unknown to PAUL LEUNG; all in violation of Title 18,

11   United States Code, Section 1001(a)(2).

12

13   DATED: July 10, 2007                    *acting Foreperson*

14

15                                                      SCOTT N. SCHOOLS
                                                        United States Attorney
16

17

18                                                      GREGG W. LOWDER  *STRETCH FOR LAUBER*
                                                        Assistant United States Attorney
                                                        Deputy Chief, Major Crimes Section
19

20

21   (Approved as to form:

22                      AUSA BARTON

23

24

25

26

27

28

                                              3