MATTHEW A. SIROKA SBN #233050
600 Townsend Street Suite 329 E
San Francisco, CA 94103
Telephone:  (415) 522-1105
Fax: (415) 522-1506

Attorney for Defendant
PAUL M. LEUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR No. 07-0428 MMC |
| vs. | ) | |
| | ) | DEPOSIT OF REAL ESTATE |
| Paul Leung, | ) | EQUITY IN LIEU OF |
| | ) | BAIL -- DEED OF TRUST, |
| Defendant. | ) | OBLIGATION |
| | ) | |

Attached hereto are documents relating to the real property located at 1820 Forest View Avenue, Hillsborough, California, 94010, consisting of the following:

1.  Short Form Deed of Trust in favor of United States District Court, Northern District of California, San Francisco Division.

2.  Obligation of $ 100,000 for bail for defendant.

3.  Preliminary Title Report

4.  Fair Market Appraisal of Property                    3,500,000

5.  Citi Bank First Mortgage                             1,750,000
    Washington Mutual Equity Line                          296,340

6.  Full Reconveyance Deed

     **NET EQUITY FOR BAIL**:                            1,453,660