1  MATTHEW A. SIROKA SBN #233050
   600 Townsend Street Suite 329 E
2  San Francisco, CA 94103
   Telephone: (415) 522-1105
3  Fax: (415) 522-1506

4  Attorney for Defendant
   PAUL LEUNG

5

6

7

8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,        )
12                                  )
                    Plaintiff,      )   CR No. 07-0428 MMC
13       vs.                        )
                                    )
14 Paul Leung,                      )   MANUAL FILING NOTIFICATION
                                    )
15                  Defendants.     )
                                    )
16
   Regarding:   Exhibits 1-6 to the DEPOSIT OF REAL ESTATE EQUITY IN LIEU OF BAIL – DEED
17              OF TRUST, OBLIGATION

18
       This filing is in paper or physical form only, and is being maintained in the case file in the
19 Clerk's office.

20     If you are a participant in this case, this filing will be served in hard-copy shortly.

21     For information on retrieving this filing directly from the court, please see the court's main web
   site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
22
   This filing was not efiled for the following reason(s):
23
   [_] Voluminous Document (PDF file size larger than the efiling system allows)
24
   [_] Unable to Scan Documents
25
   [_] Physical Object (description): _____
26                                    _____

27 [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

28 [_] Item Under Seal

1  [x] Conformance with the Judicial Conference Privacy Policy (General Order 53).

2  [_] Other (description): _____

3  _____

4
   Dated: July 17, 2007                              Respectfully submitted,
5

6

7                                                           /S/
                                                    Matthew A. Siroka
8                                                   Attorney for Defendant Paul Leung