GARRICK S. LEW (State Bar No. 61889)
Law Offices of Garrick S. Lew & Associates
600 Townsend Street, Suite 329E
San Francisco, CA 94103
Telephone:  (415) 575-3588
Facsimile:   (415) 522-1506
gsl@defendergroup.com

Attorney for Defendant CARMEN CHAN


MATTHEW A. SIROKA (CASB #61889)
LAW OFFICES OF MATTHEW A. SIROKA
600 Townsend Street Suite 329E
San Francisco, California 94103
Telephone: 415.522.1105
Facsimile:  415.522.1506
mas@defendergroup.com

Attorney for Defendant PAUL LEUNG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 07-0428 MMC |
| Plaintiff, | [Proposed] TRAVEL ORDER |
| vs. | |
| CARMEN CHAN and PAUL LEUNG, | Date:  August 14, 2007<br>Time:  9:30 a.m.<br>Magistrate James Larson |
| Defendants. | |

On August 14, 2007 Defendants PAUL LEUNG and CARMEN CHAN, husband and wife, through counsel, sought approval to travel to Hong Kong from August 21, 2007 to September 4, 2007. Pretrial Services officer Betty Kim was present and informed the court that there was no objection to the requested travel. Defendants are United States citizens and each defendant has posted surety of $100,000 with the court as a condition of their pretrial release. AUSA Denise Barton was not present during the hearing in open court.

After the matter was submitted and decided the court granted AUSA Denise Barton's request for a rehearing in chambers to present the government's objections to the requested travel orders.

1  Having heard and considered the matter, good cause appearing;

2  IT IS HEREBY ORDERED that defendants PAUL LEUNG and CARMEN CHAN, husband and

3  wife, be permitted to travel to Hong Kong from August 21, 2007 to September 4, 2007.  The court

4  reserved judgment on defendant's additional requests to travel to:

5  Hong Kong from October 2, 2007 to October 18, 2007.

6  Hong Kong from November 13, 2007 to November 30, 2007

7  Japan from December 10, 2007 to December 18, 2007

8  Hong Kong December 29, 2007 to January 21, 2008.

9  pending defendants' successful compliance with the terms and conditions of the instant order.

10  IT IS FURTHER ORDERED that the Clerk of the Court return the passports of PAUL LEUNG

11  and CARMEN CHAN to each defendant prior to the departure date of August 21, 2007 and that each

12  defendant redeposit their passports with the Clerk of the Court no later than September 7, 2007.

14  DATED: August __16__, 2007



_____
United S~~tates Magistrate Judge James Larso~~n
Joseph C. Spero

*United States v. Carmen Chan, et al.* CR 07-0428 MMC
[~~Proposed~~] ORDER RELEASING DEFENDANT'S PASSPORTS     2