1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN STRETCH (CABN 163973)
   Chief, Criminal Division
4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7359
7      Facsimile: (415) 436-7234
       denise.barton@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,        )   CR 07-0428 MMC
                                    )
15          Plaintiff,              )   STIPULATION AND [~~PROPOSED~~] ORDER
                                    )   EXCLUDING TIME
16      v.                          )
                                    )
17 PAUL LEUNG,                      )
                                    )
18          Defendant.              )
                                    )
19 _____   )

20      On July 12, 2007, the parties in this case appeared before the Court and stipulated that

21 time should be excluded from the Speedy Trial Act calculations from July 12, 2007 to August 15,

22 2007 for effective preparation of counsel and continuity of counsel, in that defense counsel

23 requires time to review discovery and counsel for all parties were unavailable on certain days

24 between July 12, 2007 and August 15, 2007.  The parties represented that granting the

25 continuance was necessary for effective preparation of counsel and continuity of counsel, taking

26 into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

27

28 SO STIPULATED:

Stipulation and [Proposed] Order Excluding Time - CR 07-0428 MMC                    1

|   |   |
|---|---|
|   | SCOTT N. SCHOOLS<br>United States Attorney |
| DATED: August 15, 2007 | _____/s/_____<br>DENISE MARIE BARTON<br>Assistant United States Attorney |
| DATED: August 15, 2007 | _____/s/_____<br>MATTHEW A. SIROKA<br>Attorney for PAUL LEUNG |

As the Court found on July 12, 2007, and for the reasons stated above, the Court finds good cause, taking into account the public interest in prompt disposition of criminal cases that time should be excluded from the Speedy Trial Act calculations from July 12, 2007 to August 15, 2007 for effective preparation of counsel and continuity of counsel. See 18 U.S.C. §3161(h)(8)(A). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: August 22, 2007

_____
James Larson
United States Chief Magistrate Judge