UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-Filing

Date: SEP 26 2007

Case No. CR-07-0428 MMC    JUDGE: Maxine M. Chesney

PAUL LEUNG & CARMEN CHAN   Present ( ✓ ) Not Present ( ) In Custody ( )
DEFENDANT

DENISE BARTON    MATTHEW SIROKA - specially for GARRICK LEW
U.S. ATTORNEY    ATTORNEY FOR DEFENDANT

Deputy Clerk: TRACY LUCERO    Reporter: MARGO GURULE

**PROCEEDINGS**

REASON FOR HEARING   Further Status Conference

RESULT OF HEARING   Both sides request additional time - still reviewing discovery materials.

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
            (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s)
Case continued to 10/31/07 @ 2:30 for Further Status / Trial Setting

EXCLUDABLE DELAY (Category) Preparation & Continuity of Counsel Begins SEP 26 2007 Ends 10/31/07