SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 07-0428 MMC |
|     Plaintiff, ) | STIPULATION AND ORDER CONTINUING FURTHER STATUS / TRIAL SETTING DATE |
|     v. ) | |
| CARMAN CHAN and PAUL LEUNG, ) | |
|     Defendants. ) | |

    On September 26, 2007, the parties appeared before the Court for a Further Status Conference, represented that both parties were still reviewing discovery, and requested a further date for Status / Trial date. Since the last appearance, the parties have met to discuss pre-trial disposition for both defendants and continue to work towards that end. The parties now represent that a two week continuance for the Status / Trial date will afford the parties the necessary time to exchange pertinent materials and continue discussions concerning pre-trial disposition prior to appearing before the Court. To afford counsel time to engage in meaningful review of materials and discussion, the parties stipulate that time should be excluded from

//

1  October 31, 2007 through November 14, 2007 for effective preparation of counsel, taking into
2  account the exercise of due diligence.  See 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(iv).

4  SO STIPULATED:

6                       SCOTT N. SCHOOLS
                     United States Attorney

8  DATED: October 30, 2007              _____/s/_____
                     DENISE MARIE BARTON
9                       Assistant United States Attorney

10 DATED: October 30, 2007              ____/s/_____
11                      GARRICK LEW
                     Attorney for CARMAN CHAN

13 DATED: October 30, 2007              ____/s/_____
                     MATTHEW SIROKA
14                      Attorney for PAUL LEUNG

    For the foregoing reasons, this matter is continued until November 14, 2007 at 2:30 p.m.
Pursuant to the Speedy Trial Act, Title 18 United States Code, sections 3161(h)(8)(A) and
3161(h)(8)(B)(iv), the ends of justice are served by granting the requested continuance, given
that failure to do so would deny counsel for the Government reasonable time for effective
preparation, taking into account the exercise of due diligence.  Accordingly, time shall be
excluded from October 31, 2007 through November 14, 2007.

22 SO ORDERED.

24 DATED: October 31, 2007              _____
                     Honorable Maxine M. Chesney
25                      United States District Court Judge