UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-Filing

Date: JAN 2 3 2008

Case No. CR-07-0428 MMC

JUDGE: **Maxine M. Chesney**

PAUL LEUNG, CARMEN CHAN
DEFENDANT

Present (✓) Not Present ( ) In Custody ( )

DENISE BARTON
U.S. ATTORNEY

Matthew Siroka &
Specially for Garrick Lew
ATTORNEY FOR DEFENDANT

Deputy Clerk: **TRACY LUCERO**

Reporter: Katherine Powell

## PROCEEDINGS

REASON FOR HEARING   Status Conference

RESULT OF HEARING   Counsel requests continuance to allow them time to work out restitution amount.

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
         (Motion due ___, Opposition due ___, Reply Due ___)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s)
Case continued to 2/27/08 @ 2:30 for Change of Plea or Trial Setting

EXCLUDABLE DELAY (Category) Preparation of Counsel Begins JAN 2 3 2008 Ends 2/27/08