1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2  BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7359
7      Facsimile: (415) 436-7234
       E-Mail: denise.barton@usdoj.gov
8
   Attorneys for Plaintiff

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )   CR 07-0428 MMC
                                       )
15          Plaintiff,                 )   STIPULATION AND [PROPOSED] ORDER
                                       )   CONTINUING FURTHER STATUS / TRIAL
16     v.                              )   SETTING DATE
                                       )
17  CARMAN CHAN and PAUL LEUNG,        )
                                       )
18          Defendants.                )
                                       )
19

20       This matter is currently scheduled for a Change of Plea before this Court on Wednesday,

21  February 27, 2008 at 2:30 pm. Counsel for the government has been out of the Office on

22  medical leave due to an injury and has not had an opportunity to complete the restitution

23  calculation portion of the plea agreement and provide counsel for the defendant with an

24  approved plea agreement. Further, counsel for the government will have knee surgery on

25  February 20, 2008, necessitating an additional estimated 2 weeks medical leave following

26  surgery. To afford counsel for government adequate time to complete preparation of th plea

27  agreement and to afford defense counsel adequate time to discuss this plea agreement with the

28  defendants, the parties request that the date for Change of Plea be continued until April 2, 2008.

1 | The parties agree that time is properly excluded under the Speedy Trial Act for continuity and
2 | effective preparation of counsel.  18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).
3 |         For the foregoing reasons, the parties agree to continue this matter for hearing until April
4 | 2, 2008 at 2:30 p.m.
5 |
6 | SO STIPULATED:
7 |                                                   JOSEPH P. RUSSONIELLO
                                                      United States Attorney
8 |
9 | DATED: February 12, 2008                          ____/s/_____
                                                      DENISE MARIE BARTON
10 |                                                  Assistant United States Attorney
11 |
12 | DATED: February 12, 2008                         ____/s/_____
                                                      GARRICK LEW
13 |                                                  Attorney for CARMAN CHAN
14 |
     DATED: February 12, 2008                         ____/s/_____
15 |                                                  MATTHEW SIROKA
                                                      Attorney for PAUL LEUNG
16 |
17 |         For the foregoing reasons, this matter is continued until April 2, 2008 at 2:30 p.m.
18 | Pursuant to the Speedy Trial Act, Title 18 United States Code, sections 3161(h)(8)(A) and
19 | 3161(h)(8)(B)(iv), the ends of justice are served by granting the requested continuance, given
20 | that failure to do so would deny the parties continuity of counsel and reasonable time for
21 | effective preparation, taking into account the exercise of due diligence.  Accordingly, time shall
22 | be excluded from February 27, 2008 through April 2, 2008 .
23 |
     SO ORDERED.
24 |
25 |
     DATED:_____             _____
26 |                                   HONORABLE MAXINE M. CHESNEY
                                       United States District Court Judge
27 |
28 |