JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    E-Mail: denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 07-0428 MMC |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER STATUS / TRIAL SETTING DATE |
| v. | ) |
| CARMAN CHAN and PAUL LEUNG, | ) |
| Defendants. | ) |

This matter is currently scheduled for a Change of Plea before this Court on Wednesday, February 27, 2008 at 2:30 pm. Counsel for the government has been out of the Office on medical leave due to an injury and has not had an opportunity to complete the restitution calculation portion of the plea agreement and provide counsel for the defendant with an approved plea agreement. Further, counsel for the government will have knee surgery on February 20, 2008, necessitating an additional estimated 2 weeks medical leave following surgery. To afford counsel for government adequate time to complete preparation of th plea agreement and to afford defense counsel adequate time to discuss this plea agreement with the defendants, the parties request that the date for Change of Plea be continued until April 2, 2008.

1  The parties agree that time is properly excluded under the Speedy Trial Act for continuity and
2  effective preparation of counsel.  18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).
3       For the foregoing reasons, the parties agree to continue this matter for hearing until April
4  2, 2008 at 2:30 p.m.

6  SO STIPULATED:

7                                    JOSEPH P. RUSSONIELLO
                                     United States Attorney

9  DATED: February 12, 2008          _____/s/_____
                                     DENISE MARIE BARTON
10                                   Assistant United States Attorney

12 DATED: February 12, 2008          _____/s/_____
                                     GARRICK LEW
13                                   Attorney for CARMAN CHAN

14
   DATED: February 12, 2008          _____/s/_____
15                                   MATTHEW SIROKA
                                     Attorney for PAUL LEUNG

16                        ORDER
17       For the foregoing reasons, this matter is continued until April 2, 2008 at 2:30 p.m.
18 Pursuant to the Speedy Trial Act, Title 18 United States Code, sections 3161(h)(8)(A) and
19 3161(h)(8)(B)(iv), the ends of justice are served by granting the requested continuance, given
20 that failure to do so would deny the parties continuity of counsel and reasonable time for
21 effective preparation, taking into account the exercise of due diligence.  Accordingly, time shall
22 be excluded from February 27, 2008 through April 2, 2008 .

23 SO ORDERED.
24

25
   DATED:_ February 13, 2008         _____
26                                   HONORABLE MAXINE M. CHESNEY
                                     United States District Court Judge