UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES                    E-Filing

Date: APR 0 2 2008

Case No. CR-07-0428 MMC            JUDGE: Maxine M. Chesney

PAUL LEUNG, CARMEN CHAN            Present (✓) Not Present ( ) In Custody ( )
DEFENDANT

DENISE BARTON                      MATTHEW SIROKA (specially for GARRICK LEW)
U.S. ATTORNEY                      ATTORNEY FOR DEFENDANT

Deputy Clerk: TRACY LUCERO         Reporter: JAMES YEOMANS

## PROCEEDINGS

REASON FOR HEARING: Further Status Conference

RESULT OF HEARING: AUSA provided defense counsel with Restitution calculation & proposed plea agreement(s). Counsel request continuance to allow them time to review materials.

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
   (Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s)
Case continued to 5/21/08 @ 2:30 for Trial Setting or Change of Plea(s).

EXCLUDABLE DELAY (Category) Preparation of Counsel Begins APR 0 2 2008 Ends 5/21/08

(7 min)