JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 07-0428 MMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO AMEND THE JUDGMENT** |
| v. | |
| PAUL LEUNG, | AND ORDER AMENDING JUDGMENT |
| Defendant. | |

Pursuant to Crim. Rule P. 35(a), the parties hereby respectfully request and stipulate to amend the Judgment for defendant Paul Leung in the following respects:

First, page 1 of the Judgment should reflect that the offense ended on April 7, 2006, not January 9, 2003. As noted in the Plea Agreement (*Docket No. 53*), January 9, 2003 is the start date of the criminal conduct and April 7, 2006 is the end date.

Second, page 4 of the Judgment should reflect that restitution is payable to Indarwati

//

//

UNITED STATES V. LEUNG,
07-0428 MMC
PROPOSED ORDER TO AMEND THE JUDGMENT

Midjan, not the Clerk of the District Court. Although restitution will be paid through the Clerk, the restitution payee is Indarwati Midjan, c/o Asian Pacific Islander Legal Outreach, Attorney Ivy Lee, 1188 Franklin Street, Suite 202, San Francisco, CA 94109.

SO STIPULATED:

                                  JOSEPH P. RUSSONIELLO
                                  United States Attorney

DATED: March 13, 2009                     /s/
                                  DENISE MARIE BARTON
                                  Assistant United States Attorney

DATED: March 13, 2009                     /s/
                                  MATTHEW SIROKA
                                  Attorney for PAUL LEUNG

SO ORDERED.

DATED: May 13, 2009                       
                                  HONORABLE MAXINE M. CHESNEY
                                  United States District Court Judge